# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| SARAH RUSH, *individually and as surviving spouse of Decedent, Carroll Rush*, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV424-033 |
| SAM'S EAST, INC., d/b/a SAM'S CLUB STORE NO. 4820, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

The Court directed the parties to submit, following their Rule 26(f) Conference, a report "conform[ing] to the language and format of the Form Rule 26(f) Report for use in Judge Baker's cases." Doc. 2 at 2. The Rule 26(f) Report filed by the parties does not meet this requirement. Doc. 8. The parties are **DIRECTED** to resubmit their Report using the proper form and providing all requested information no later than June 17, 2024. A copy of Judge Baker's mandated form can be located on the

Court's website www.gasd.uscourts.gov under "Forms" > "Civil Forms" > "Rule 26f Report – for use in Judge Baker cases."

**SO ORDERED**, this 7th day of June, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA